```
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
 5                   EASTERN DISTRICT OF CALIFORNIA
 6  SUNSTONE BEHAVIORAL HEALTH, INC., )
                                      )   2:06-cv-2664-GEB-DAD
 7                Plaintiff,          )
                                      )
 8       v.                           )   ORDER
                                      )
 9  ALAMEDA COUNTY MEDICAL CENTER,    )
                                      )
10                Defendant.          )
                                      )
11
```

After consideration of the submitted confidential settlement statements, and because the undersigned judge will commence a jury trial on September 16, 2008, which was just assigned to the judge last week, the settlement conference scheduled on September 19, 2008, is vacated.  If the parties desire a settlement conference scheduled before another judge, they should make that request to the courtroom deputy for United States District Judge Frank C. Damrell.

IT IS SO ORDERED.

Dated:  September 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1