```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

SUNSTONE BEHAVIORAL HEALTH, INC.,

        NO. CIV. 06-2664 FCD DAD

    Plaintiff,

        <u>JUDGMENT</u>

  v.

ALAMEDA COUNTY MEDICAL CENTER,

    Defendant.

                               /

```
                            ----oo0oo----
```

        This matter came on regularly for trial before the court, sitting without a jury, on June 16, 18, 19, and 23, 2009. The court having considered all the evidence, including the testimony of the witnesses and the documents received in evidence, having heard and considered the arguments of counsel, stated its findings and conclusions orally on the record pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure.

        NOW, THEREFORE, pursuant to said findings and conclusions, judgment is hereby entered in favor of the plaintiff

1 | and against defendant in the sum of $492,680.58.
2 | DATED:  June 23, 2009

                    _____
                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE